**Order entered September 24, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00489-CR

### MARTIN ARMIJO, JR, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-76053-T**

## ORDER

Before the Court is appellant's September 20, 2018 motion for extension of time to file his brief. We **GRANT** the motion to the extent that appellant's brief shall be due on or before **November 9, 2018**.

/s/    CRAIG STODDART
        JUSTICE